UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**SHERRIE KIZER,**                                        **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

vs.

**COMMISSIONER OF SOCIAL SECURITY,**      **CASE NO: 14-1104-STA-cgc**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Affirming the Decision of the Commissioner entered on July 19, 2017, the decision of the Commissioner is AFFIRMED.

                                                                **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/19/2017**                          **THOMAS M. GOULD**
                                               **Clerk of Court**

                                               s/Maurice B. BRYSON

                                               **(By) Deputy Clerk**